UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SAN FERNANDO VALLEY DIVISION

| | | |
|---|---|---|
| In re: | § | |
| AOC IMPORTS, INC. | § | Case No. 1:16-bk-10540-MB |
| | § | |
| Debtor(s) | § | |
| | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    David K. Gottlieb, Chapter 7 Trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $5,500.00 (Without deducting any secured claims) | Assets Exempt: NA |
| Total Distributions to Claimants: $12,228.91 | Claims Discharged Without Payment: NA |
| Total Expenses of Administration: $7,700.23 | |

    3) Total gross receipts of $20,180.16 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $251.02 (see **Exhibit 2**), yielded net receipts of $19,929.14 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010) (Page: 1)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: <br> CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | $7,700.23 | $7,700.23 | $7,700.23 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $2,340.00 | $200.00 | $200.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $447,615.22 | $563,169.00 | $563,169.00 | $12,228.91 |
| **TOTAL DISBURSEMENTS** | $449,955.22 | $571,069.23 | $571,069.23 | $19,929.14 |

4) This case was originally filed under chapter 7 on 02/25/2016. The case was pending for 28 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated :   06/21/2018    By :   /s/ David K. Gottlieb
                                 Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4 (a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE [1] | AMOUNT RECEIVED |
|---|---|---|
| Chase Checking Account 2795 | 1129-000 | $19,180.16 |
| Chablis Grand Cru, Valmur (2010) - 5 Bottles | 1229-000 | $1,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$20,180.16** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| U.S. Bankruptcy Court | Unclaimed Funds | 8500-002 | $251.02 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$251.02** |

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | NA | NA | NA | NA | NA | NA |
| | **TOTAL SECURED** | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Berkeley Research Group, LLC | 3410-000 | NA | $3,000.00 | $3,000.00 | $3,000.00 |
| D. Gottlieb & Associates LLC | 2100-000 | NA | $2,768.02 | $2,768.02 | $2,768.02 |
| D. Gottlieb & Associates LLC | 2200-000 | NA | $21.38 | $21.38 | $21.38 |
| Franchise Tax Board | 2990-000 | NA | $800.00 | $800.00 | $800.00 |
| FRANCHISE TAX BOARD | 2820-000 | NA | $823.00 | $823.00 | $823.00 |
| International Sureties Ltd. | 2300-000 | NA | $11.49 | $11.49 | $11.49 |
| Union Bank | 2600-000 | NA | $276.34 | $276.34 | $276.34 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $7,700.23 | $7,700.23 | $7,700.23 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN FEES AND CHARGES** | | NA | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | State Board Of Equalization |  | NA | NA | NA | $0.00 |
| 1P | INTERNAL REVENUE SERVICE | 5800-000 | $2,340.00 | $200.00 | $200.00 | $0.00 |
| 2 | FRANCHISE TAX BOARD | 5800-000 | NA | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $2,340.00 | $200.00 | $200.00 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (FROM Form 6F) | CLAIMS ASSERTED (FROM Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Kyle Smith | 7100-000 | $136,000.00 | $560,829.00 | $560,829.00 | $12,228.91 |
| 1U | INTERNAL REVENUE SERVICE | 7100-000 | NA | $2,340.00 | $2,340.00 | $0.00 |
|  | Gipson Hoffman & Pancione |  | $2,685.41 | NA | NA | $0.00 |
|  | Holly J. Boyer |  | $149,410.00 | NA | NA | $0.00 |
|  | Ian MacNaughton |  | $159,054.00 | NA | NA | $0.00 |
|  | New York Wine Storage |  | $102.31 | NA | NA | $0.00 |
|  | Thomas Landry |  | $363.50 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $447,615.22 | $563,169.00 | $563,169.00 | $12,228.91 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No: 16-10540  
Case Name: AOC IMPORTS, INC.  
Judge: Martin R. Barash  
Trustee Name: David K. Gottlieb  
Date Filed (f) or Converted (c): 02/25/2016 (f)  
341(a) Meeting Date: 03/28/2016  
For Period Ending: 06/21/2018  
Claims Bar Date: 07/11/2016

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 1. Chase Checking Account 2795 | 19,200.16 | 19,200.16 | | 19,180.16 | FA |
| 2. Prepayment to accountant for preparation of 2015 t | 4,000.00 | 4,000.00 | | 0.00 | FA |
| 3. iMac computer and hard drive, HP printer, laptop, | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 4. ABC imporation, distribution and Internet sales li | 0.00 | 0.00 | | 0.00 | FA |
| 5. Potential claims against former employee of corpor | Unknown | 0.00 | | 0.00 | FA |
| 6. Chablis Grand Cru, Valmur (2010) - 5 Bottles (u) | 0.00 | 1,000.00 | | 1,000.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | Unknown | | 0.00 | Unknown |
| | | | | | **Gross Value of Remaining Assets** |
| **TOTALS (Excluding Unknown Values)** | 24,700.16 | 25,700.16 | | 20,180.16 | 0.00 |

Re Prop. #1 Debtor turned over the non-exempt funds in bank account to Trustee  
Re Prop. #2 Trustee is investigating the assets  
Re Prop. #3 Little or no value to estate. Abandon at close.  
Re Prop. #4 No value to estate. Abandon at close.  
Re Prop. #5 Value scheduled as Unknown. No value to estate. Abandon at close.

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**STATUS AS OF 6/30/2016:**

This case was commenced on 2/25/16 when the Debtor filed a voluntary bankruptcy petition under Chapter 7 of the Bankruptcy Code.

The Notice of Assets was filed with the Court on 4/6/16.

Asset #1: The debtor filed their original Schedule B and listed a bank account with remaining funds from the operating of the business. The funds were listed with a value of $19,200.16. Since the debtor is a corporation, no exemptions are available and as such, the debtor turned over all the funds to the Trustee.

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No: 16-10540 | Judge: Martin R. Barash | Trustee Name: David K. Gottlieb |
|---|---|---|
| Case Name: AOC IMPORTS, INC. | | Date Filed (f) or Converted (c): 02/25/2016 (f) |
| | | 341(a) Meeting Date: 03/28/2016 |
| For Period Ending: 06/21/2018 | | Claims Bar Date: 07/11/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

**Asset #2:** The debtor filed their original Schedule B and listed prepayments to an accountant for work to be performed at a later date post-petition. The Trustee requested that the debtor provide supporting documents so that he can evaluate the asset and determine whether or not it is to be turned over to the estate.

**Claims:** The Trustee will review all claims once the bar date has tolled.

**Taxes:** The Trustee will consult an accountant to determine if estate returns are required to be filed. If returns are not required the Trustee will obtain a letter confirming this from the accountant.

Initial Projected TFR Date: 6/30/2017

[Anna Kuras 2016-07-18 18:19:19]

**Initial Projected Date of Final Report(TFR):** 06/30/2017    **Current Projected Date of Final Report(TFR):** 06/30/2017

| Trustee's Signature | /s/David K. Gottlieb | Date: 06/21/2018 |
|---|---|---|
| | David K. Gottlieb | |
| | 17000 Ventura Blvd | |
| | Suite 300 | |
| | Encino, CA 91316 | |
| | Phone : (818) 539-7720 | |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 16-10540 | Trustee Name: | David K. Gottlieb |
| Case Name: | AOC IMPORTS, INC. | Bank Name: | Union Bank |
| | | Account Number/CD#: | ******0127 Checking Account |
| Taxpayer ID No: | **-***2311 | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 6/21/2018 | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 04/06/2016 | [1] | Chase Cashier's Check (AOC Imports Inc. dba AOC Imports) | CLOSEOUT OF Bank Account | 1129-000 | 19,180.16 | | 19,180.16 |
| 05/25/2016 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 22.01 | 19,158.15 |
| 06/27/2016 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 28.42 | 19,129.73 |
| 07/25/2016 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 27.48 | 19,102.25 |
| 08/25/2016 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 28.34 | 19,073.91 |
| 09/26/2016 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 28.30 | 19,045.61 |
| 10/25/2016 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 27.35 | 19,018.26 |
| 11/25/2016 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 28.22 | 18,990.04 |
| 12/08/2016 | [6] | Zachy's Wine and Liquor Store Inc. | SETTLEMENT PAYMENT | 1229-000 | 1,000.00 | | 19,990.04 |
| 12/27/2016 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 27.27 | 19,962.77 |
| | | | Page Subtotals | | 20,180.16 | 217.39 | |

UST Form 101-7-TDR (10/1/2010) (Page 7)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 16-10540 | | Trustee Name: | David K. Gottlieb |
| Case Name: | AOC IMPORTS, INC. | | Bank Name: | Union Bank |
| | | | Account Number/CD#: | ******0127 Checking Account |
| Taxpayer ID No: | **-***2311 | | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 6/21/2018 | | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 01/23/2017 | 101 | International Sureties Ltd.<br>701 Poydras St.<br>Suite 420<br>New Orleans , LA 70139 | Chap. 7 Blanket Bond - Bond No. 016030866 - Term:  1/4/2017 - 1/4/2015 | 2300-000 | | 11.49 | 19,951.28 |
| 01/25/2017 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 29.29 | 19,921.99 |
| 02/27/2017 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 29.66 | 19,892.33 |
| 03/16/2017 | 102 | FRANCHISE TAX BOARD<br>PO BOX 942857<br>SACRAMENTO , CA 94257 | 2016 FTB 3586 - EIN: 27-2072311 - Per General Order | 2820-000 | | 823.00 | 19,069.33 |
| 08/15/2017 | 103 | D. Gottlieb & Associates LLC<br>17000 VENTURA BOULEVARD<br>SUITE 300<br>ENCINO , CA 91316 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | 2,768.02 | 16,301.31 |
| 08/15/2017 | 104 | D. Gottlieb & Associates LLC<br>17000 VENTURA BOULEVARD<br>SUITE 300<br>ENCINO , CA 91316 | Final distribution representing a payment of 100.00 % per court order. | 2200-000 | | 21.38 | 16,279.93 |
| 08/15/2017 | 105 | Franchise Tax Board<br><B>(Administrative)</B><br>Bankruptcy Section Ms A340<br>Po Box 2952<br>Sacramento , Ca 95812-2952 | Final distribution to claim 4 representing a payment of 100.00 % per court order. | 2990-000 | | 800.00 | 15,479.93 |
| | | | Page Subtotals | | 0.00 | 4,482.84 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 16-10540 | Trustee Name: | David K. Gottlieb |
| Case Name: | AOC IMPORTS, INC. | Bank Name: | Union Bank |
| | | Account Number/CD#: | ******0127 Checking Account |
| Taxpayer ID No: | **-***2311 | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 6/21/2018 | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 08/15/2017 | 106 | Berkeley Research Group, LLC<br>201 South Main<br>Suite 450<br>Salt Lake City , Utah 84111 | Final distribution representing a payment of 100.00 % per court order. | 3410-000 | | 3,000.00 | 12,479.93 |
| *08/15/2017 | 107 | INTERNAL REVENUE SERVICE<br>P.O. BOX 7346<br>PHILADELPHIA , PA 19101-7346 | Final distribution to claim 1 representing a payment of 100.00 % per court order. | 5800-000 | | 200.00 | 12,279.93 |
| *08/15/2017 | 108 | INTERNAL REVENUE SERVICE<br>P.O. BOX 7346<br>PHILADELPHIA , PA 19101-7346 | Final distribution to claim 1 representing a payment of 2.18 % per court order. | 7100-000 | | 51.02 | 12,228.91 |
| *08/15/2017 | 109 | Kyle Smith<br>20600 Ventura Blvd #1430<br>Woodland Hills , Ca 91364 | Final distribution to claim 3 representing a payment of 2.18 % per court order. | 7100-000 | | 12,228.91 | 0.00 |
| *09/05/2017 | | INTERNAL REVENUE SERVICE<br>P.O. BOX 7346<br>PHILADELPHIA , PA 19101-7346 | Final distribution to claim 1 representing a payment of 2.18 % per court order. ReversalClaim paid in full.  Funds will be redistributed to other creditors. | 7100-000 | | (51.02) | 51.02 |
| *09/05/2017 | | INTERNAL REVENUE SERVICE<br>P.O. BOX 7346<br>PHILADELPHIA , PA 19101-7346 | Final distribution to claim 1 representing a payment of 100.00 % per court order. ReversalClaim paid in full.  Funds will be redistributed to other creditors. | 5800-000 | | (200.00) | 251.02 |
| *09/29/2017 | | Kyle Smith<br>20600 Ventura Blvd #1430<br>Woodland Hills , Ca 91364 | Final distribution to claim 3 representing a payment of 2.18 % per court order. Reversal | 7100-000 | | (12,228.91) | 12,479.93 |
| | | | Page Subtotals | | 0.00 | 3,000.00 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: 16-10540 | Trustee Name: | David K. Gottlieb |
| Case Name: AOC IMPORTS, INC. | Bank Name: | Union Bank |
| | Account Number/CD#: | ******0127 Checking Account |
| Taxpayer ID No: **-***2311 | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: 6/21/2018 | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 10/11/2017 | 110 | Kyle Smith<br>20923 Costanso Street<br>Woodland Hills , CA 91364 | Final distribution to claim 3 representing a payment of 2.18% per court order. | 7100-000 | | 12,228.91 | 251.02 |
| 12/14/2017 | | Transfer to Texas Capital Bank | Transfer to Texas Capital Bank | 9999-000 | | 251.02 | 0.00 |

|   |   |   |
|---|---|---|
| Page Subtotals | 0.00 | 12,479.93 |
| **COLUMN TOTALS** | 20,180.16 | 20,180.16 |
| Less:Bank Transfer/CD's | 0.00 | 251.02 |
| **SUBTOTALS** | 20,180.16 | 19,929.14 |
| Less: Payments to Debtors | | 0.00 |
| **Net** | 20,180.16 | 19,929.14 |

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 16-10540 | | Trustee Name: | David K. Gottlieb |
| Case Name: | AOC IMPORTS, INC. | | Bank Name: | Texas Capital Bank |
| | | | Account Number/CD#: | ******1283 Checking Account |
| Taxpayer ID No: | **-***2311 | | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 6/21/2018 | | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 12/14/2017 | | Transfer From Union Bank | Transfer From Union Bank | 9999-000 | 251.02 | | 251.02 |
| *06/05/2018 | 52001 | INTERNAL REVENUE SERVICE P.O. BOX 7346 PHILADELPHIA , PA 19101-7346 | Unclaimed Funds | | | 251.02 | 0.00 |
| | | | (200.00) | 5800-003 | | | |
| | | | (51.02) | 7100-003 | | | |
| *06/05/2018 | | INTERNAL REVENUE SERVICE P.O. BOX 7346 PHILADELPHIA , PA 19101-7346 | Unclaimed Funds | | | (251.02) | 251.02 |
| | | | 200.00 | 5800-003 | | | |
| | | | 51.02 | 7100-003 | | | |
| 06/05/2018 | 52002 | U.S. Bankruptcy Court | Unclaimed Funds | 8500-002 | | 251.02 | 0.00 |

| | | Page Subtotals | 251.02 | 251.02 |
|---|---|---|---|---|
| | | COLUMN TOTALS | 251.02 | 251.02 |
| | | Less:Bank Transfer/CD's | 251.02 | 0.00 |
| | | SUBTOTALS | 0.00 | 251.02 |
| | | Less: Payments to Debtors | | 251.02 |
| | | **Net** | 0.00 | 0.00 |

UST Form 101-7-TDR (10/1/2010) (Page 11)                                                                                                                            **Exhibit 9**

**FORM 3**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: 16-10540 | Trustee Name: David K. Gottlieb |
| Case Name: AOC IMPORTS, INC. | Bank Name: Texas Capital Bank |
| | Account Number/CD#: ******1283 Checking Account |
| Taxpayer ID No: **-***2311 | Blanket bond (per case limit): 5,000,000.00 |
| For Period Ending: 6/21/2018 | Separate bond (if applicable): 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |

|  |  |  |  |
|---|---|---|---|
| All Accounts Gross Receipts: | 20,180.16 | | |
| All Accounts Gross Disbursements: | 20,180.16 | | |
| All Accounts Net: | 0.00 | | |

| TOTAL-ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| ******0127 Checking Account | 20,180.16 | 19,929.14 | |
| ******1283 Checking Account | 0.00 | 0.00 | |
| **Net Totals** | 20,180.16 | 19,929.14 | 0.00 |